UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER AYALA, *et al.*,

                     Plaintiffs,           **ORDER**

   -against-                                   18 Civ. 3583 (JCM)

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

                     Defendant.
------------------------------------------------------------X

By November 22, 2019, Plaintiffs are directed to submit an affidavit and supporting documentation relating to the Shavitz Law Group Costs so that the Court can evaluate the reasonableness of such costs. Specifically, Plaintiffs must explain in detail (1) The American Express charges; (2) The January 31, 2018 charge for Martin F. Scheinman, Esq; (3) The May 24, 2019 Amtrak entry, and (4) The September 4, 2019 entry labeled "Paid personally by MP."

Dated: November 18, 2019
       White Plains, New York

                                              **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge