# EXHIBIT A

**MARTIN F. SCHEINMAN, ESQ.**
*Arbitrator/Mediator*
**SCHEINMAN ARBITRATION AND MEDIATION SERVICES**
322 MAIN STREET
PORT WASHINGTON, NY 11050

516.944.1700 TEL
516.944.1771 FAX
OFFICEMFS@GMAIL.COM E-MAIL

# Invoice

| Date | Invoice # |
|---|---|
| 1/26/2018 | 31557 |

**Bill To**

Christopher Ayala
c/o Gregg Shavitz, Esq.
c/o Michael Palitz, Esq.
Shavitz Law Group, P.A.
830 3rd Avenue, 5th Floor
New York, NY 10022

**In Reference To**

Christopher Ayala
v.
GEICO
(Mediation)

| Description | Amount |
|---|---|
| Deposit for Mediation of March 4, 2018<br>    8 hours @ $1,150.00 per hour = $9,200.00 (Fee split between parties) | 4,600.00 |
| Administrative Fee @ $400.00 (Fee split between parties) | 200.00 |

Payable by Christopher Ayala

Please indicate our invoice number on your payment.
Make all checks payable to Martin F. Scheinman.
If you have any questions concerning this invoice, contact William Varon @ 516-944-1700 or via e-mail to officemfswilliam@gmail.com.

| | |
|---|---|
| **Total** | $4,800.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,800.00 |