# EXHIBIT B

**E-ZPass**
**New York Service Center**
P. O. Box 15187
Albany, NY 12212-5187

Side 1 of 2      004

Statement Date: 09/03/2019
Account Number: Redacte
Agency: New York State Thruway Authority
Activity For: 08/02/19 - 09/01/19

Redacted

1581
MICHAEL PALITZ
Redacted





**E-ZPass**
New York Service Center

## PLEASE READ CAREFULLY

Account #: 7 Redact
Activity For: 08/02/19 - 09/01/19
Tag Deposit: $0.00

**NEW VEHICLE?  NEW LICENSE PLATES?  Please be sure to update your *E-ZPass* account with the latest information to avoid Violations and Tolls by Mail invoices.**

| POSTING DATE | TRANSACTION DATE | TAG NUMBER/ PLATE | AGENCY | ENTRY PLAZA | ENTRY DATE | ENTRY TIME | EXIT PLAZA | EXIT DATE | EXIT TIME | PLAN | CL | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | | | | | | |
| 08/27/19 | 08/27/19 | 00406873197 | MTAB&T | | | | TNB | 08/27/19 | 12:17 | STANDARD | 1 | $6.12 | $7.76 |
| 08/27/19 | 08/27/19 | 00406873197 | MTAB&T | | | | TNB | 08/27/19 | 19:41 | STANDARD | 1 | $6.12 | $1.64 |
| Reda | | | | | | | | | | | | | |

| PREPAID TOLL BALANCE | |
|---|---|
| Beginning Balance | Re |
| Tolls, Fees and Parking up to $20 | Red |
| Payments/Adjustments | Reda |
| Ending Balance | Red |

Thank you for using *E-ZPass*.

*E-ZPass* Customer Service Center: P.O. Box 15187, Albany, New York 12212-5187
website: www.e-zpassNY.com   Phone:1-800-333-TOLL (8655)   TDD/TTY: 1-800-772-7935 Fax: 1-718-390-9772

NY_STMTPRIV1_20190802010101 000000



 Back   Signature Visa   

**($6.00)**

Aug 27
In-Store Purchase

Auth. Date  Aug 27

  PALITZ,MICHAEL J

| | |
|---|---|
| Description | WHITE PLAINS PARK DPT    WHITE PLAINS NY |
| Original Desc | |
| Merchant Type | Automobile Parking Lots & Garages |

Dispute Transaction

 My USAA    Transfer    Pay Bills    Deposit    Help