# EXHIBIT C

| | |
|---|---|
| Gross Settlement: | $1,000,000.00 |
| Fees: | $333,333.33 |
| Costs: | $37,876.33 |
| Named Plaintiff Service Payments: | $6,000.00 |
| Net FLSA Allocations to Distribute: | $622,790.34 |

| NK Id | Last Name | First Name | Withdrawn (Static) | FLSA Damages | Residual State Law Damages | Total Damages | FLSA Base Allocation | Round Adj | FLSA Pro Rata Allocation | NP Service Payment | Total Allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11074542 | Ablan | Mahmoud | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11072752 | Acosta | Dennis | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11074657 | Adams | Melissa | 0 | $690.00 | $0.00 | $690.00 | $687.45 | | $687.45 | | $687.45 |
| 11076455 | Akins | Daniel | 0 | $246.43 | $0.00 | $246.43 | $245.52 | | $245.52 | | $245.52 |
| 11072050 | Aldana | Byron | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11071931 | Alexander | Brittany | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11072027 | Alfaro | Briana | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11073381 | Alfaro | Horacio | 0 | $2,119.29 | $0.00 | $2,119.29 | $2,111.45 | $0.01 | $2,111.46 | | $2,111.46 |
| 11111450 | Allega | Christian | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11073399 | Alonzo | Isis | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11076133 | Alvarado | Victoria | 0 | $394.29 | $0.00 | $394.29 | $392.83 | | $392.83 | | $392.83 |
| 11073515 | Anderson | Jayson | 0 | $1,182.86 | $0.00 | $1,182.86 | $1,178.49 | | $1,178.49 | | $1,178.49 |
| 11075675 | Anderson | Sarah | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11073382 | Andrean | Horatio | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11074565 | Antenor | Marksha | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11073427 | Aque | James | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076468 | Arboleda | Deshanna | 0 | $887.14 | $0.00 | $887.14 | $883.86 | | $883.86 | | $883.86 |
| 11050453 | Arce | Jesse | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11073094 | Armao | Frank | 0 | $1,133.57 | $0.00 | $1,133.57 | $1,129.38 | | $1,129.38 | | $1,129.38 |
| 11076529 | Armas | Jesi | 0 | $2,316.43 | $0.00 | $2,316.43 | $2,307.87 | $0.01 | $2,307.88 | | $2,307.88 |
| 11075001 | Asencio | Nicholas | 0 | $1,527.86 | $0.00 | $1,527.86 | $1,522.21 | | $1,522.21 | | $1,522.21 |
| 11050458 | Ayala | Christopher | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | $2,000.00 | $3,031.17 |
| 11074227 | Bair | Kimberly | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11060026 | Bannert | Ashley | 0 | $985.71 | $49.29 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11073475 | Barber | Jarred | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11076672 | Barnett | Lolita | 0 | $837.86 | $0.00 | $837.86 | $834.76 | | $834.76 | | $834.76 |
| 11072293 | Baron | Charles | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11111341 | Basant | Joshna | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11071632 | Batiste | Anatole | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11059723 | Beachum | Kia | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11071999 | Beckman | Brendon | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11073025 | Bellerand | Elijah | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076127 | Berger | Veronica | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11073560 | Berrios | Ricky | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11066040 | Blum | Jay | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11071641 | Boehm | Andrew | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11072767 | Boghozian | Narbeh | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11073060 | Bonilla | Erica | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11111360 | Bordon | Rojinald | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11050451 | Bower | John | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11111597 | Breunig | Anahi | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11076514 | Bridges | James | 0 | $1,478.57 | $0.00 | $1,478.57 | $1,473.11 | | $1,473.11 | | $1,473.11 |
| 11075249 | Brito | Pablo | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11072693 | Brock | Darrah | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076757 | Brockington | Yvonne | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 11075766 | Brown | Sierra | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11076042 | Brown | Tiffany | 0 | $690.00 | $0.00 | $690.00 | $687.45 | | $687.45 | | $687.45 |
| 11076144 | Brown | Wayne | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11073413 | Bryant | Jacqucia | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11072436 | Burkhart | Craig | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076690 | Burmeister | Michael | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 11074206 | Bushway | Kevin | 0 | $887.14 | $0.00 | $887.14 | $883.86 | | $883.86 | | $883.86 |
| 11074228 | Butler | Kimberly | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 11076726 | Butler | Sarajen | 0 | $1,133.57 | $0.00 | $1,133.57 | $1,129.38 | | $1,129.38 | | $1,129.38 |
| 11076682 | Cabanillas | Matilde | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11076491 | Cabrera | Francisco | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 11073843 | Camin | Jordan | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 10498189 | CANDELARIO | THOMAS | 0 | $1,774.29 | $0.00 | $1,774.29 | $1,767.73 | | $1,767.73 | | $1,767.73 |
| 11111362 | Cangiano | Robert | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11076732 | Carter | Spencer | 0 | $2,316.43 | $0.00 | $2,316.43 | $2,307.87 | $0.01 | $2,307.88 | | $2,307.88 |
| 11071907 | Celey-Butlin | Ashley | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11071642 | Chaisson | Andrew | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11072406 | Charrier | Colby | 0 | $591.43 | $0.00 | $591.43 | $589.24 | | $589.24 | | $589.24 |
| 11076741 | Chavis | Theron | 0 | $2,168.57 | $0.00 | $2,168.57 | $2,160.56 | $0.01 | $2,160.57 | | $2,160.57 |
| 11072780 | Clark | Devon | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |

| ID | Last | First | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11076485 | Clark | Eric | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11111613 | Clark | Reilly | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11076469 | Cline McCann | Desiree | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11074613 | Cody | Matthew | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076714 | Cole | Regina | 0 | $1,281.43 | $0.00 | $1,281.43 | $1,276.69 | | $1,276.69 | $1,276.69 |
| 11073817 | Coleman | Johnny | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076546 | Conway | Jon | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11076494 | Cook | Gareth | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11076539 | Cook | Jocelyn | 0 | $394.29 | $0.00 | $394.29 | $392.83 | | $392.83 | $392.83 |
| 11066282 | Cook-Grimes | Cory | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11072346 | Cooper | Christopher | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | $1,031.17 |
| 11076433 | Coronel | Carlos | 0 | $443.57 | $591.43 | $1,035.00 | $1,031.17 | | $1,031.17 | $1,031.17 |
| 11072009 | Costa | Brian | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11076434 | Coto | Carlos | 0 | $0.00 | $443.57 | $443.57 | $441.93 | | $441.93 | $441.93 |
| 11072347 | Cox | Christopher | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11073102 | Crouch | Fred | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076721 | Crowley | Ross | 0 | $690.00 | $0.00 | $690.00 | $687.45 | | $687.45 | $687.45 |
| 11076564 | Curry | Keith | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11076745 | Curtis | Toi | 0 | $2,070.00 | $0.00 | $2,070.00 | $2,062.35 | $0.01 | $2,062.36 | $2,062.36 |
| 11076457 | DaCosta | Daniel | 0 | $345.00 | $0.00 | $345.00 | $343.72 | | $343.72 | $343.72 |
| 11060024 | D'Adamo | Laura | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11061208 | Dalton | Brian | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11074614 | Damen | Matthew | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 8659848 | Dang | Mailynn | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11072439 | De Witt | Craig | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11076671 | DeFelice | Lisa | 0 | $1,478.57 | $0.00 | $1,478.57 | $1,473.11 | | $1,473.11 | $1,473.11 |
| 11071943 | Delacruz | Benjamin | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11071897 | DeLaura | Ariel | 0 | $1,380.00 | $0.00 | $1,380.00 | $1,374.90 | | $1,374.90 | $1,374.90 |
| 9037216 | Delcham | Harold | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11074521 | DeLuca | Luciano | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076403 | Demers | Anne | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11075334 | Dempsey | Reyna | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076083 | Deslaurier | Travis | 0 | $739.29 | $0.00 | $739.29 | $736.55 | | $736.55 | $736.55 |
| 11076419 | Diaz | Bianca | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11060938 | Dillard | Ken | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11075682 | Diop | Sata | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11072350 | Dolan | Christopher | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11074587 | Dominguez | Martin | 0 | $591.43 | $0.00 | $591.43 | $589.24 | | $589.24 | $589.24 |
| 11076430 | Dykes | Carla | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11072651 | Eads | Daniel | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11071945 | Elledge | Benjamin | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11057898 | Ellis | Maya | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11050465 | Elmorsy | Mohamed | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | $1,031.17 |
| 11075417 | Engrassia | Ronald | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11074538 | Ensley | Mackenzie | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076489 | Erbschloe | Erin | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11073828 | Espinoza | Jonathan | 0 | $1,823.57 | $0.00 | $1,823.57 | $1,816.83 | | $1,816.83 | $1,816.83 |
| 11074255 | Estrella | Kristoffer | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | $1,031.17 |
| 11059696 | Feagins | Amber | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11068951 | Fields | Vance | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11073527 | Filler | Jeffrey | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11074616 | Floyd | Matthew | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076399 | Forshey | Amy | 0 | $1,281.43 | $0.00 | $1,281.43 | $1,276.69 | | $1,276.69 | $1,276.69 |
| 11075370 | Foxx | Robert | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11064349 | Francisco | Michael | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11075723 | Franco | Sergio | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11072638 | Fraser | Crystal | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11064373 | Freeman | Richard | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11111499 | Frydryk | Susanna | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11076486 | Funel | Eric | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11073764 | Ganapathy | Jodi | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11073158 | Garbacz | Gregory | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076446 | Garcia | Christopher | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | $1,031.17 |
| 11074646 | Garcia | Mayra | 0 | $492.86 | $0.00 | $492.86 | $491.04 | | $491.04 | $491.04 |
| 11075336 | Garcia | Ricardo | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11075371 | Garcia | Robert | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |

| ID | Last | First | N | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11074875 | Gernhard | Michael | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11075635 | Giambalvo | Ryan | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076701 | Gillette | Michelle | 0 | $887.14 | $0.00 | $887.14 | $883.86 | | $883.86 | | $883.86 |
| 11073529 | Gillham | Jeffrey | 0 | $1,035.00 | $0.00 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11111397 | Gilman | Jesse | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11073075 | Giral | Etienne | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11050449 | Glasner | Max | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11075321 | Goldberg | Rebecca | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11057854 | Goldsby | William | 0 | $2,316.43 | $0.00 | $2,316.43 | $2,307.87 | $0.01 | $2,307.88 | | $2,307.88 |
| 11076520 | Gonzalez | Javier | 0 | $1,281.43 | $0.00 | $1,281.43 | $1,276.69 | | $1,276.69 | | $1,276.69 |
| 11111342 | Gonzalez | Manuel | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11109569 | Gonzalez | Saul | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11073135 | Granda | Geovanni | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11062038 | Grant | Jonathan | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11075345 | Green | Richard | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11076396 | Greene | Alisa | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 11073434 | Gregoretti | James | 0 | $1,626.43 | $0.00 | $1,626.43 | $1,620.42 | | $1,620.42 | | $1,620.42 |
| 10365729 | GRIFFIN | TAWANNA | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11073098 | Grimm | Frank | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11071695 | Gugliemo | Anthony | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11111405 | Gunn | Misty | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11075692 | Gusenfitter | Scott | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076553 | Gutierrez | Jose | 0 | $246.43 | $0.00 | $246.43 | $245.52 | | $245.52 | | $245.52 |
| 11076702 | Gutierrez | Miguel | 0 | $2,217.86 | $0.00 | $2,217.86 | $2,209.66 | $0.01 | $2,209.67 | | $2,209.67 |
| 11071527 | Guzman Perez | Abel | 0 | $1,527.86 | $0.00 | $1,527.86 | $1,522.21 | | $1,522.21 | | $1,522.21 |
| 11073482 | Hamlor | Jasmine | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11076734 | Hand | Stephen | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11074493 | Hansley | Leron | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11057862 | Harris | Douglas | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11111483 | Harris | Somma | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11073888 | Haughton | Joshua | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11076439 | Hayes | Chase | 0 | $788.57 | $246.43 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11073749 | Hersey | Jessica | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11074195 | Highland | Kenneth | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076694 | Hoddick | Michael | 0 | $2,316.43 | $0.00 | $2,316.43 | $2,307.87 | $0.01 | $2,307.88 | | $2,307.88 |
| 11111336 | Homeszyn | Keith | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11098509 | Hoover | Chelsea | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11075014 | Huston | Nicholas | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11075727 | Hylton | Seymour | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11076681 | Ingleton | Mark | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 11057865 | Isaksen | Erik | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11076527 | Jay | Jennifer | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076543 | Jean | Johanna | 0 | $591.43 | $0.00 | $591.43 | $589.24 | | $589.24 | | $589.24 |
| 11074276 | Jeffrey | Lance | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11072317 | Jenkins | Christopher | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11072311 | Joachim | Cheyanne | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11074624 | Johnson | Matthew | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11069716 | Johnson | Xavier | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11076478 | Jones | Edward | 0 | $2,316.43 | $0.00 | $2,316.43 | $2,307.87 | $0.01 | $2,307.88 | | $2,307.88 |
| 11073751 | Julian | Jessica | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11111582 | Kallon | Mumin | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11074110 | Kang | Julie | 1 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 11072001 | Kent | Brennan | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11072745 | Knott | Demetria | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076447 | Kolomanski | Christopher | 0 | $2,267.14 | $0.00 | $2,267.14 | $2,258.76 | $0.01 | $2,258.77 | | $2,258.77 |
| 11075779 | Koontz | Stephanie | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11075034 | Koukis | Nicole | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11073439 | Labbe | James | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11072390 | Lacy | Clark | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11098595 | Lagutan | Benezon | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11076506 | Lam | Hien | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11050369 | Lamkin | Ben | 0 | $887.14 | $0.00 | $887.14 | $883.86 | | $883.86 | $2,000.00 | $2,883.86 |
| 11076536 | Lampkin | Jimmy | 0 | $2,020.71 | $0.00 | $2,020.71 | $2,013.25 | $0.01 | $2,013.26 | | $2,013.26 |
| 11074961 | Lange | Mitchell | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11076567 | Langseth | Kenneth | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11072005 | Laravie | Brett | 0 | $1,675.71 | $0.00 | $1,675.71 | $1,669.52 | | $1,669.52 | | $1,669.52 |

| ID | Last | First | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11076575 | Lawson | Lance | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11062272 | Lawson | Wendy | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076731 | Leavitt | Sofia | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11072417 | LeGrand | Corey | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11059842 | Lekanides | Nicholas | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11073051 | Leonhard | Eric | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11063347 | Lewis | Brett | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11059986 | Libardi | Bryan | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11076053 | Lindeen | Timothy | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11111625 | Lisandrelli | Alex | 0 | $2,217.86 | $0.00 | $2,217.86 | $2,209.66 | $0.01 | $2,209.67 | $2,209.67 |
| 11071674 | Loera | Angelica | 0 | $690.00 | $0.00 | $690.00 | $687.45 | | $687.45 | $687.45 |
| 11076179 | Long | Yolanda | 0 | $1,429.29 | $0.00 | $1,429.29 | $1,424.00 | | $1,424.00 | $1,424.00 |
| 11075648 | Love | Ryann | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076137 | Lucatorto | Vincent | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11073052 | Luchman | Eric | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076528 | Magers | Jennifer | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11074898 | Makar | Michael | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11072718 | Maloney | David | 0 | $394.29 | $0.00 | $394.29 | $392.83 | | $392.83 | $392.83 |
| 11076511 | Marsh-Monet | Isabella | 0 | $887.14 | $0.00 | $887.14 | $883.86 | | $883.86 | $883.86 |
| 11075416 | Martin | Ronal | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11076408 | Martinez | Arthur | 0 | $1,872.86 | $0.00 | $1,872.86 | $1,865.94 | | $1,865.94 | $1,865.94 |
| 11074900 | Martinez | Michael | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11076422 | Mastenbaum | Brett | 0 | $2,365.71 | $0.00 | $2,365.71 | $2,356.97 | $0.01 | $2,356.98 | $2,356.98 |
| 11072310 | Masters | Cheryl | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11072398 | Matayoshi | Clinton | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11074275 | Mathews | L'airnece | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11059817 | Mattia | Joe | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11060020 | Mcclean-Parris | Sean | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11057866 | McDade | Erin | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11075712 | McDowell | Sean | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11075320 | McGinnis | Raymond | 0 | $591.43 | $0.00 | $591.43 | $589.24 | | $589.24 | $589.24 |
| 11072652 | McGuire | Dan | 0 | $345.00 | $0.00 | $345.00 | $343.72 | | $343.72 | $343.72 |
| 11076435 | McLean | Cassandra | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11075260 | McQuilkin | Patrick | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11073055 | Medley | Eric | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11072065 | Melendez | Carlos | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11075625 | Melendez | Ruth | 0 | $197.14 | $0.00 | $197.14 | $196.41 | | $196.41 | $196.41 |
| 11071580 | Melgar Martinez | Alexander | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11073912 | Mendez | Juan | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11072066 | Mendoza | Carlos | 0 | $640.71 | $0.00 | $640.71 | $638.35 | | $638.35 | $638.35 |
| 11076462 | Miles | David | 0 | $98.57 | $0.00 | $98.57 | $98.21 | | $98.21 | $98.21 |
| 11072722 | Milore | David | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11074145 | Mitchell | Karen | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11074200 | Mitchell | Kenui | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11076499 | Molk | Gregory | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11072742 | Montalvo | Debra | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11073444 | Montes-Dyott | James | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076100 | Monzello | Trevor | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11111497 | Moon | Candace | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11071886 | Moore | Anthony | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11074906 | Morris | Michael | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11075384 | Morris | Robert | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11074907 | Morrison | Michael | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11111571 | Morrow | Gregg | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11076490 | Moura | Fernando | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11074594 | Muigai | Mary | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11059722 | Mulhern | Patrick | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11074996 | Munoz | Neirovich | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11071608 | Murphy | Alvin | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11073799 | Murphy | John | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11075337 | Myrie | Ricardo | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11076481 | Neal | Elisa | 0 | $1,872.86 | $0.00 | $1,872.86 | $1,865.94 | | $1,865.94 | $1,865.94 |
| 11072441 | Neidlinger | Craig | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11073126 | Nepomnashi | Eugene | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11072689 | Nguyen | Danny | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11074509 | Nguyen | Long | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |

| ID | Last | First | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11050337 | Nguyen | Nhan | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,000.00 | $4,406.08 |
| 11076680 | Nichols | Mariette Joy | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11072639 | Nieves | Crystal | 0 | $1,577.14 | $0.00 | $1,577.14 | $1,571.31 | | $1,571.31 | | $1,571.31 |
| 11076405 | Nikolenko | Anton | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11076035 | Noble | Thomas | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11074911 | Occhiogrosso | Michael | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11073031 | Odell | Elizabeth | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11072770 | Olsen | Derrick | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076165 | Olsen | William | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11116218 | Orozco | Alejandro | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11063298 | Pappas | Monica | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11075716 | Parr | Sean | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11071528 | Persad | Abraham | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076749 | Peterson | Vanessa | 0 | $2,267.14 | $0.00 | $2,267.14 | $2,258.76 | $0.01 | $2,258.77 | | $2,258.77 |
| 11060904 | Petry | Joe | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076723 | Petty | Ryan | 0 | $887.14 | $0.00 | $887.14 | $883.86 | | $883.86 | | $883.86 |
| 11072429 | Phillips | Cory | 0 | $1,527.86 | $0.00 | $1,527.86 | $1,522.21 | | $1,522.21 | | $1,522.21 |
| 11073833 | Pierre | Jonathan | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11071654 | Piittmann | Andrew | 0 | $492.86 | $0.00 | $492.86 | $491.04 | | $491.04 | | $491.04 |
| 11074917 | Pimentel | Michael | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11074167 | Piper | Kayla | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11076729 | Plachinski | Sharon | 0 | $2,365.71 | $0.00 | $2,365.71 | $2,356.97 | $0.01 | $2,356.98 | | $2,356.98 |
| 11076556 | Pope | Joseph | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 11076712 | Porter | Rashawn | 0 | $2,316.43 | $0.00 | $2,316.43 | $2,307.87 | $0.01 | $2,307.88 | | $2,307.88 |
| 11075780 | Porter | Stephanie | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11074169 | Quan | Keegan | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11072411 | Ramirez | Colt | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 11075323 | Rangel | Rebecca | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11071551 | Rashad | Ahmad | 0 | $1,478.57 | $0.00 | $1,478.57 | $1,473.11 | | $1,473.11 | | $1,473.11 |
| 11065205 | Reese | Bethany | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11073040 | Reeve | Emily | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11073451 | Reno | James | 0 | $1,232.14 | $0.00 | $1,232.14 | $1,227.59 | | $1,227.59 | | $1,227.59 |
| 11073396 | Reyes | Isabelle | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11066273 | Reynoso | Andres | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11110294 | Rivera | Jason | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | | $1,031.17 |
| 11074557 | Rivera | Marie | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076733 | Robbins | Stephanie | 0 | $887.14 | $0.00 | $887.14 | $883.86 | | $883.86 | | $883.86 |
| 11072329 | Roberts | Christian | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11076559 | Roberts | Justin | 0 | $1,823.57 | $0.00 | $1,823.57 | $1,816.83 | | $1,816.83 | | $1,816.83 |
| 11074989 | Robinson | Nathan | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11074282 | Rollins | Latoya | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11070820 | Roman | Jordan | 0 | $1,577.14 | $0.00 | $1,577.14 | $1,571.31 | | $1,571.31 | | $1,571.31 |
| 11073753 | Romero | Jessica | 0 | $788.57 | $0.00 | $788.57 | $785.66 | | $785.66 | | $785.66 |
| 11074632 | Rowden | Matthew | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11076448 | Rowlinson | Christopher | 0 | $640.71 | $0.00 | $640.71 | $638.35 | | $638.35 | | $638.35 |
| 11066036 | Roy | Jason | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11071673 | Ruzycki | Angela | 0 | $542.14 | $0.00 | $542.14 | $540.14 | | $540.14 | | $540.14 |
| 11111484 | RYAN | NATHANIEL | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | | $1,540.93 |
| 11076711 | Salisbury | Preston | 0 | $1,922.14 | $0.00 | $1,922.14 | $1,915.04 | | $1,915.04 | | $1,915.04 |
| 11076743 | Sammut | Thomas | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11098603 | Sanchez | Alex | 0 | $1,527.86 | $0.00 | $1,527.86 | $1,522.21 | | $1,522.21 | | $1,522.21 |
| 11072035 | Sanders | Brittney | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11111490 | Sathasivam | Quentin | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11073805 | Savasta | John | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11066575 | Schade | Megan | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11074924 | Schrank | Michael | 0 | $1,232.14 | $0.00 | $1,232.14 | $1,227.59 | | $1,227.59 | | $1,227.59 |
| 11075395 | Schreiber | Robert | 0 | $837.86 | $0.00 | $837.86 | $834.76 | | $834.76 | | $834.76 |
| 11076451 | Scott | Corey | 0 | $2,070.00 | $0.00 | $2,070.00 | $2,062.35 | $0.01 | $2,062.36 | | $2,062.36 |
| 11064347 | Scott | Michael | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11100246 | Sheffield | Samuel | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 11100247 | Sheffield | Stephanie | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 11076463 | Shumard | Dawn | 0 | $936.43 | $0.00 | $936.43 | $932.97 | | $932.97 | | $932.97 |
| 11059975 | Sicilia | Adam | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11073807 | Sikula | John | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |
| 11073082 | Silva | Fabiola | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | | $2,406.08 |
| 11073552 | Silverman | Jeremy | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | | $1,718.62 |

| ID | Last | First | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11066845 | Silvia | David | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11076697 | Simeck | Michael | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | $1,031.17 |
| 11074294 | Simon | Leah | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11075352 | Simpson | Richard | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11075353 | Sjogren | Richard | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11071677 | Smith | Robert | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11071951 | Snyder | Benjamin | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11111339 | Sorensen | Peter | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11074934 | Spears | Michele | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11072694 | Stade | Darrell | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11074198 | Stafford | Kenneth | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076059 | Standlee | Tina | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11075354 | STANNELL | RICHARD | 0 | $1,478.57 | $0.00 | $1,478.57 | $1,473.11 | | $1,473.11 | $1,473.11 |
| 11050463 | Steibel | Joseph | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11076045 | Stephenson | Tiffany | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076147 | Stevens | Wesley | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076699 | Strobel | Michael | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | $1,031.17 |
| 11075252 | Strong | Paige | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11076058 | Sweeney | Timothy | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11059821 | Szaltzer | Cody | 0 | $147.86 | $0.00 | $147.86 | $147.31 | | $147.31 | $147.31 |
| 11074491 | Tafoya | Leonard | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11074506 | Taniguchi | Carlo | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11075751 | Tartaglione | Shawn | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11076398 | Tasby | Amory | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11111578 | Taylor | Benjamin | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11075743 | Taylor | Shateece | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11076008 | Taylor-Williamson | Taunya | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11075770 | Temple | Spencer | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076119 | Thomas | Tyrell | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11073076 | Thomas-El Beze | Eva | 0 | $443.57 | $0.00 | $443.57 | $441.93 | | $441.93 | $441.93 |
| 11072431 | Thompson | Courtlin | 0 | $1,527.86 | $0.00 | $1,527.86 | $1,522.21 | | $1,522.21 | $1,522.21 |
| 11075752 | Tooman | Shawna | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11073113 | Torres | Gabriel | 0 | $1,527.86 | $0.00 | $1,527.86 | $1,522.21 | | $1,522.21 | $1,522.21 |
| 11075426 | Torres | Rudolph | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11114195 | Torres | Wilfred | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | $1,031.17 |
| 11075303 | Townsley | Rachel | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11074550 | Traby | Marcel | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11071955 | Tracey | Beth | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11076092 | Troutman | Travis | 0 | $1,232.14 | $0.00 | $1,232.14 | $1,227.59 | | $1,227.59 | $1,227.59 |
| 11074151 | Unis | Kashayla | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11072280 | Urbina | Cesar | 0 | $0.00 | $1,035.00 | $1,035.00 | $1,031.17 | | $1,031.17 | $1,031.17 |
| 11073137 | Vargas | Gerardo | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11076560 | Vidal | Justin | 0 | $1,922.14 | $0.00 | $1,922.14 | $1,915.04 | | $1,915.04 | $1,915.04 |
| 11075356 | Vidal | Richard | 0 | $1,182.86 | $0.00 | $1,182.86 | $1,178.49 | | $1,178.49 | $1,178.49 |
| 11074977 | Villavicencio | Servando | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11076705 | Wagner | Neal | 0 | $837.86 | $0.00 | $837.86 | $834.76 | | $834.76 | $834.76 |
| 11076465 | Walker | Deishawn | 0 | $887.14 | $0.00 | $887.14 | $883.86 | | $883.86 | $883.86 |
| 11110293 | Walsh | Kathleen | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11075651 | Warfield-Taylor | Safiya | 0 | $542.14 | $0.00 | $542.14 | $540.14 | | $540.14 | $540.14 |
| 11076454 | Wattell | Damon | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11076415 | Watterson | Benjamin | 0 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| 11074149 | West | Karyl | 0 | $1,478.57 | $0.00 | $1,478.57 | $1,473.11 | | $1,473.11 | $1,473.11 |
| 11074946 | Wiegand | Mikaela | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11073376 | Williams | Herman | 0 | $1,675.71 | $0.00 | $1,675.71 | $1,669.52 | | $1,669.52 | $1,669.52 |
| 11073467 | Williams | Janissa | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11075401 | Williams | Robert | 0 | $1,725.00 | $0.00 | $1,725.00 | $1,718.62 | | $1,718.62 | $1,718.62 |
| 11075300 | Wilson | Rachael | 0 | $1,546.65 | $0.00 | $1,546.65 | $1,540.93 | | $1,540.93 | $1,540.93 |
| 11074995 | Wise | Nawanna | 0 | $739.29 | $0.00 | $739.29 | $736.55 | | $736.55 | $736.55 |
| 11071620 | Worrell | Amanda | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| 11076771 | Wuelper | Thomas | 0 | $1,380.00 | $0.00 | $1,380.00 | $1,374.90 | | $1,374.90 | $1,374.90 |
| 11111418 | Yarow | Benjamin | 0 | $2,415.00 | $0.00 | $2,415.00 | $2,406.07 | $0.01 | $2,406.08 | $2,406.08 |
| | | | | | | | | | **Total Allocations:** | **$628,790.34** |