# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTOPHER AYALA, BENJAMIN
LAMKIN, AND NHAN NGUYEN,
individually and on behalf of all others         Case No. 7:18-cv-03583 (CS) (JCM)
similarly situated, as Collective
and Class representatives,

                        Plaintiffs,

       v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

                        Defendant.
-------------------------------------------------------------------X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiffs and the Defendants that the Second, Third, Fourth, Fifth, and Sixth Causes of Action asserted in the Amended Complaint (ECF No. 15) are dismissed, without prejudice.

Dated: January 6, 2020

_____
Michael J. Palitz
SHAVITZ LAW GROUP, P.A.
800 3rd Avenue, Suite 2800
New York, New York 10022
Tel:   (800) 616-4000
Fax:  (561) 447-8831
mpalitz@shavitzlaw.com

Gregg I. Shavitz
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33432
Tel:   (561) 447-8888
Fax:  (561) 447-8831
gshavitz@shavitzlaw.com

_____
Barry I. Levy
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556
Tel:   (516) 357-3000
Fax:  (516) 357-3333
barry.levy@rivkin.com

-and-

Eric Hemmendinger, Esq.
SHAWE ROSENTHAL, LLP
One South Street - Suite 1800
Baltimore, MD 21202
Tel: (410) 752-1040
Fax: (410) 752-8861
eh@shawe.com

**Attorneys for Defendant**

Michele R. Fisher
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
fisher@nka.com

Matthew C. Helland
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Fax: (415) 277-7238
helland@nka.com

**Attorneys for Plaintiffs**